IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DUSTIN L. SMITH,<br>[DOB: 08/20/1982]<br><br>　　　　　　　　　Defendant. | Case No.: _____<br>***Felon in Possession of a Firearm***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about July 13, 2020, in the Western District of Missouri, the defendant, DUSTIN L. SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, a firearm, to wit: a Springfield Armory XDm, 9mm semi-automatic pistol, bearing Serial Number MG446936, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

　　　　　　　　　　　　　　　　　　　　A TRUE BILL.

| | |
|---|---|
| 1/26/2021<br>DATE | /s/ Sean Saunders<br>FOREPERSON OF THE GRAND JURY |

/s/ Robert M. Smith
Robert M. Smith
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri